UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SHURAY DeWAYNE WELLS (#233547)**  CIVIL ACTION NO.

**VERSUS**  21-435-JWD-SDJ

**TRUDY WHITE**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 1, 2022, (Doc. 9), to which no objection was filed;

**IT IS ORDERED** that the claims of Shuray DeWayne Wells against Trudy White are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.[1]

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on August 3, 2022.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." This Ruling constitutes a strike.